■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLIE DAWSON, Also Known as DWAYNE VICTORY, Appellant. [768 NYS2d 608]—

Judgment, Supreme Court, New York County (John Bradley, J.), rendered February 4, 2002, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of five years, unanimously affirmed.

The court properly exercised its discretion in denying defendant youthful offender treatment (*see People v Drayton*, 39 NY2d 580 [1976]), particularly since he failed to complete a rehabilitation program and was rearrested several times while awaiting sentence, resulting in additional convictions. Concur—Nardelli, J.P., Saxe, Rosenberger, Williams and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG PETTIFORD, Appellant. [768 NYS2d 608]—Judgment, Supreme Court, Bronx County (Efrain Alvarado, J.), rendered on or about February 20, 2003, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Nardelli, J.P., Saxe, Rosenberger, Williams and Friedman, JJ.